UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             Case No. 04-CR-197

ALLEN GILBERT,

    Defendant.

---

**FINAL ORDER AND JUDGMENT**

---

The court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney William J. Roach, and being satisfied that the terms and provisions of Title 18, United States Code, Section 2253 have been satisfied,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 2253, that the United States of America has clear title to the following property and may dispose of according to law:

1.     One E Machine T2460 computer tower, serial number 16798597

2.     One Western Digital Hard Drive, serial number WD-WMA8F2018789.

Dated at Green Bay, Wisconsin, this __9th__ day of July, 2005.

                                                s/ William C. Griesbach
                                                HONORABLE WILLIAM C. GRIESBACH
                                                United States District Judge